**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

FILED
AUG 13 2008
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | AMADOR HERNANDEZ | **Defendant(s):** | M. LIA POSTADA, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | Amador Hernandez<br>#22382-424<br>Metropolitian - MCC<br>71 West Van Buren Street<br>Chicago, IL 60605 | **Defendant's Attorney:** | United States Attorney's Office<br>219 South Dearborn, Suite 500<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't, not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 4580
JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** [x] Yes  [ ] No

**Signature:** /s/  **Date:** 8/13/08