

**FILED**

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

AUG 1 3 2008
AUG 13 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

Amador Hernandez
_____
Plaintiff

v.

M. Lia Postada
"19 Unknown" F.B.I. Agents
_____
Defendant(s)

08CV 4580
JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, **Amador Hernandez**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other **N-A**) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?        ☒Yes        ☐No    (If "No," go to Question 2)
   I.D. # **22382 - 424**    Name of prison or jail: **Metropolitan Correctional C**
   Do you receive any payment from the institution? ☐Yes ☒No    Monthly amount:_____

2. Are you currently employed?        ☐Yes        ☒No
   Monthly salary or wages:    **NA**
   Name and address of employer: **NA**

   a. If the answer is "No":
      Date of last employment:    **NA**
      Monthly salary or wages:    **NA**
      Name and address of last employer:    **NA**

   b. Are you married?        ☒Yes        ☐No
      Spouse's monthly salary or wages:    **N/A**
      Name and address of employer:

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                        ☐Yes    ☒No
   Amount_____    Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes      ☒No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends               ☐Yes      ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☒ workers'
      compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                              ☐Yes      ☒No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances                              ☐Yes      ☒No
Amount_____Received by_____

f.    ☐Any other sources (state source:_____)    ☐Yes      ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
      savings accounts?          ☐Yes      ☒No      Total amount:_____
      In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
      financial instruments?                              ☐Yes      ☒No
      Property:_____ Current Value:_____
      In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
      condominiums, cooperatives, two-flats, three-flats, etc.)?      ☐Yes      ☒No
      Address of property:_____
      Type of property:_____ Current value:_____
      In whose name held:_____ Relationship to you:_____
      Amount of monthly mortgage or loan payments:_____
      Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
      homes or other items of personal property with a current market value of more than $1000?
                                                              ☐Yes      ☒No
      Property:_____
      Current value:_____
      In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute monthly to their support.  If none, check here ☒No dependents

      _____    _____
      _____    _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue. *Without Prejudice.*

Date: *8/11/08*

*Amado X*
Signature of Applicant

*Amador Hernandez*
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Amabor Hernandez , I.D.# 22382-424 , has the sum of $33.35 on account to his/her credit at (name of institution) Metropolitan Correctional Center Chicago, IL 60605

I further certify that the applicant has the following securities to his/her credit: N/A . I further certify that during the past six months the applicant's average monthly deposit was $115.00 .

(Add all deposits from all sources and then divide by number of months).

April 1, 2008
DATE

SIGNATURE OF AUTHORIZED OFFICER

J. Diamond, Cashier/Accounting Technician
(Print name)
Metropolitan Correctional Center
71 W Van Buren Street
Chicago, IL 60605
(312) 332-0567

rev. 10/10/2007

Date: 04/01/2008
Time: 8:09:41 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

**Start Date:** 10/01/2007
**End Date:** 04/01/2008
**Inmate Reg#:** 22382424
**Account Status:** All
**Institution:** All

Date: 04/01/2008
Time: 8:09:41 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

**General Information**

| | |
|---|---|
| Inmate Reg#: | 22382424 |
| Inmate Name: | HERNANDEZ, AMABOR |
| Current Site Name: | Chicago MCC |
| Housing Unit: | CCC-D-A |

| | |
|---|---|
| Living Quarters: | D04-011L |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 3/8/2007 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 10/01/2007 06:54:03 PM | TFN1001 | | | Phone Withdrawal | ($10.00) | | $40.38 |
| CCC | 10/02/2007 01:55:11 PM | 128 | | | Sales | ($24.30) | | $16.08 |
| CCC | 10/04/2007 12:19:09 PM | TFN1004 | | | Phone Withdrawal | ($6.00) | | $10.08 |
| CCC | 10/07/2007 05:04:30 PM | 33300608 | | | Western Union | $50.00 | | $60.08 |
| CCC | 10/08/2007 03:04:10 PM | TFN1008 | | | Phone Withdrawal | ($10.00) | | $50.08 |
| CCC | 10/10/2007 08:47:20 AM | 117 | | | Sales | ($30.95) | | $19.13 |
| CCC | 10/17/2007 07:33:49 AM | 57 | | | Sales | ($18.95) | | $0.18 |
| CCC | 10/17/2007 04:04:54 PM | 333013308 | | | Western Union | $25.00 | | $25.18 |
| CCC | 10/23/2007 06:09:40 PM | 33301708 | | | Western Union | $30.00 | | $55.18 |
| CCC | 10/24/2007 07:49:25 AM | 29 | | | Sales | ($28.20) | | $26.98 |
| CCC | 10/26/2007 11:54:06 PM | TFN1026 | | | Phone Withdrawal | ($7.00) | | $19.98 |
| CCC | 10/31/2007 07:33:55 AM | 53 | | | Sales | ($9.75) | | $10.23 |
| CCC | 11/03/2007 06:40:31 PM | TFN1103 | | | Phone Withdrawal | ($5.00) | | $5.23 |
| CCC | 11/04/2007 07:22:49 PM | TFN1104 | | | Phone Withdrawal | ($5.00) | | $0.23 |
| CCC | 11/05/2007 04:07:29 PM | 33302608 | | | Western Union | $40.00 | | $40.23 |
| CCC | 11/08/2007 07:56:04 PM | TFN1108 | | | Phone Withdrawal | ($5.00) | | $35.23 |
| CCC | 11/09/2007 09:43:29 PM | TFN1109 | | | Phone Withdrawal | ($5.00) | | $30.23 |
| CCC | 11/12/2007 09:08:19 PM | TFN1112 | | | Phone Withdrawal | ($5.00) | | $25.23 |
| CCC | 11/14/2007 07:14:21 AM | 42 | | | Sales | ($10.00) | | $15.23 |
| CCC | 11/16/2007 02:11:37 PM | TFN1116 | | | Phone Withdrawal | ($5.00) | | $10.23 |
| CCC | 11/21/2007 09:11:04 AM | 49 | | | Sales | ($7.10) | | $3.13 |
| CCC | 11/21/2007 09:52:58 AM | TFN1121 | | | Phone Withdrawal | ($3.00) | | $0.13 |
| CCC | 12/02/2007 09:03:18 AM | 33304608 | | | Western Union | $25.00 | | $25.13 |
| CCC | 12/02/2007 12:09:38 PM | TFN1202 | | | Phone Withdrawal | ($10.00) | | $15.13 |
| CCC | 12/03/2007 08:33:38 PM | TFN1203 | | | Phone Withdrawal | ($5.00) | | $10.13 |
| CCC | 12/05/2007 04:31:54 PM | 114 | | | Sales | ($9.05) | | $1.08 |
| CCC | 12/05/2007 05:57:25 PM | TFN1205 | | | Phone Withdrawal | ($1.00) | | $0.08 |
| CCC | 12/11/2007 02:06:41 PM | 33305208 | | | Western Union | $40.00 | | $40.08 |
| CCC | 12/11/2007 08:41:10 PM | TFN1211 | | | Phone Withdrawal | ($7.00) | | $33.08 |
| CCC | 12/13/2007 03:14:20 PM | TFN1213 | | | Phone Withdrawal | ($10.00) | | $23.08 |

Date: 04/01/2008
Time: 8:09:42 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

**General Information**

| | |
|---|---|
| Inmate Reg#: | 22382424 |
| Inmate Name: | HERNANDEZ, AMABOR |
| Current Site Name: | Chicago MCC |
| Housing Unit: | CCC-D-A |

| | |
|---|---|
| Living Quarters: | D04-011L |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 3/8/2007 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 12/15/2007 10:56:09 PM | TFN1215 | | | Phone Withdrawal | ($3.00) | | $20.08 |
| CCC | 12/17/2007 07:55:40 AM | TFN1217 | | | Phone Withdrawal | ($3.00) | | $17.08 |
| CCC | 12/18/2007 04:08:19 PM | 33305708 | | | Western Union | $30.00 | | $47.08 |
| CCC | 12/18/2007 06:08:50 PM | TFN1218 | | | Phone Withdrawal | ($7.00) | | $40.08 |
| CCC | 12/19/2007 09:33:32 PM | TFN1219 | | | Phone Withdrawal | ($5.00) | | $35.08 |
| CCC | 12/24/2007 12:06:44 PM | 33306108 | | | Western Union | $40.00 | | $75.08 |
| CCC | 12/27/2007 01:04:20 PM | TFN1227 | | | Phone Withdrawal | ($10.00) | | $65.08 |
| CCC | 12/31/2007 08:28:18 AM | TFN1231 | | | Phone Withdrawal | ($5.00) | | $60.08 |
| CCC | 01/02/2008 05:09:21 PM | 33306808 | | | Western Union | $40.00 | | $100.08 |
| CCC | 01/03/2008 08:28:59 AM | 31 | | | Sales | ($51.20) | | $48.88 |
| CCC | 01/04/2008 09:09:00 AM | 68 | | | Sales | $51.20 | | $100.08 |
| CCC | 01/07/2008 07:06:42 AM | 30 | | | Sales | $64.09 | | $64.09 |
| CCC | 01/09/2008 11:20:58 AM | TFN0109 | | | Phone Withdrawal | ($10.00) | | $54.09 |
| CCC | 01/14/2008 06:58:38 AM | 32 | | | Sales | ($16.04) | | $38.05 |
| CCC | 01/23/2008 12:27:12 PM | 134 | | | Sales | ($8.85) | | $29.20 |
| CCC | 01/28/2008 05:06:08 PM | 33308608 | | | Western Union | $40.00 | | $69.20 |
| CCC | 01/29/2008 07:21:39 AM | TFN0129 | | | Phone Withdrawal | ($9.00) | | $60.20 |
| CCC | 01/30/2008 06:27:54 AM | 15 | | | Sales | ($56.00) | | $4.20 |
| CCC | 01/30/2008 02:50:23 PM | TFN0130 | | | Phone Withdrawal | ($4.00) | | $0.20 |
| CCC | 02/01/2008 06:06:52 PM | 33309008 | | | Western Union | $25.00 | | $25.20 |
| CCC | 02/01/2008 08:38:35 PM | TFN0201 | | | Phone Withdrawal | ($5.00) | | $20.20 |
| CCC | 02/02/2008 10:32:44 PM | TFN0202 | | | Phone Withdrawal | ($5.00) | | $15.20 |
| CCC | 02/05/2008 01:09:46 PM | TFN0205 | | | Phone Withdrawal | ($5.00) | | $10.20 |
| CCC | 02/06/2008 07:24:11 AM | 40 | | | Sales | ($9.90) | | $0.30 |
| CCC | 02/06/2008 05:06:23 PM | 33309308 | | | Western Union | $40.00 | | $40.30 |
| CCC | 02/07/2008 11:06:00 AM | TFN0207 | | | Phone Withdrawal | ($10.00) | | $30.30 |
| CCC | 02/09/2008 08:55:52 PM | TFN0209 | | | Phone Withdrawal | ($5.00) | | $25.30 |
| CCC | 02/10/2008 06:05:19 PM | 33309608 | | | Western Union | $25.00 | | $50.30 |
| CCC | 02/11/2008 02:59:40 PM | TFN0211 | | | Phone Withdrawal | ($10.00) | | $40.30 |
| CCC | 02/15/2008 08:38:05 AM | TFN0215 | | | Phone Withdrawal | ($5.00) | | $35.30 |

Date: 04/01/2008
Time: 8:09:42 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 22382424 | Living Quarters: | D04-011L |
| Inmate Name: | HERNANDEZ, AMABOR | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-D-A | Account Creation Date: | 3/8/2007 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 02/20/2008 06:57:53 AM | 19 | | | Sales | ($34.95) | | $0.35 |
| CCC | 02/20/2008 08:05:19 PM | 33310308 | | | Western Union | $60.00 | | $60.35 |
| CCC | 02/21/2008 07:05:49 PM | TFN0221 | | | Phone Withdrawal | ($10.00) | | $50.35 |
| CCC | 02/27/2008 06:32:00 AM | 26 | | | Sales | ($49.54) | | $0.81 |
| CCC | 02/29/2008 07:06:18 PM | 33311008 | | | Western Union | $50.00 | | $50.81 |
| CCC | 03/04/2008 08:26:28 PM | TFN0304 | | | Phone Withdrawal | ($5.00) | | $45.81 |
| CCC | 03/05/2008 06:34:13 AM | 23 | | | Sales | ($45.25) | | $0.56 |
| CCC | 03/08/2008 06:05:05 PM | 33311508 | | | Western Union | $40.00 | | $40.56 |
| CCC | 03/08/2008 09:38:55 PM | TFN0308 | | | Phone Withdrawal | ($10.00) | | $30.56 |
| CCC | 03/12/2008 06:40:38 AM | 21 | | | Sales | ($30.10) | | $0.46 |
| CCC | 03/15/2008 01:04:57 PM | 33312008 | | | Western Union | $50.00 | | $50.46 |
| CCC | 03/15/2008 05:00:57 PM | TFN0315 | | | Phone Withdrawal | ($10.00) | | $40.46 |
| CCC | 03/18/2008 10:49:44 AM | TFN0318 | | | Phone Withdrawal | ($10.00) | | $30.46 |
| CCC | 03/19/2008 07:15:59 AM | 52 | | | Sales | ($30.30) | | $0.16 |
| CCC | 03/24/2008 07:42:01 PM | 33312608 | | | Western Union | $40.00 | | $40.16 |
| CCC | 03/27/2008 06:05:11 PM | TFN0327 | | | Phone Withdrawal | ($7.00) | | $33.16 |
| | **Total Transactions:** | **76** | | | **Totals:** | **($17.22)** | | **$33.16** |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | $33.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33.16 |
| **Totals:** | **$33.16** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$33.16** |

Date: 04/01/2008
Time: 8:09:42 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

Inmate Reg#:        2238 2424
Inmate Name:        HERNANDEZ, AMABOR
Current Site Name:  Chicago MCC
Housing Unit:       CCC-D-A

**General Information**

Living Quarters:       D04-011L
Arrived From:
Transferred To:
Account Creation Date: 3/8/2007

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $690.00 | $707.22 | $29.69 | $50.81 | $22.79   N/A | | N/A |

This is an accurate statement of inmate Amabor Hernandez' trust fund account. His current telephone balance is $0.19. His average monthly deposit was $115.00.

J. Diamond, Cashier/Accounting Technician
Metropolitan Correctional Center, 71 W Van Buren Street, Chicago, IL 60605

Page 5