UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  Amador Hernandez

08CV 4580
JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

v.

Defendant(s)  M. Lia Postada
"19 Unknown" F.B.I. Agents

**FILED** AUG 13 2008 MICHAEL W. [...]  CLERK, U.S. [...]

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Amador Hernandez__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: ( I have been incarcerated since April 08, 2007 until today's date of August 11, 2008. I am unemployed and I cannot afford counsel to represent me. Wherefore, based upon the above facts, I Amador Hernandez preys that This Honorable Court grant Motion For Appointment of Counsel. )

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____  Metropolitan Correctional Center
Movant's Signature             71 West Van Buren
                               Street Address

_____  Chicago, Illinois 60605
Date                           City, State, ZIP